### Kent &c<sup>a</sup> cont<sup>a</sup> Jndicott

William Kent and Richard Knight plaint<sup>s</sup> cont<sup>a</sup> John Jndicott Defend<sup>t</sup> in an action of debt of Ten pounds eighteen Shillings and Sixpence money due by bill according to attachm<sup>t</sup> This Accion was by consent of partys submitted to the bench without a Jury who upon a hearing and due consideration of the case gave Judgem<sup>t</sup> for the plaint<sup>s</sup> Ten pounds Eighteen Shillings sixpence money according to bill & costs of Court granted Forty Seven Shillings.